FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

**FILED**
EASTERN U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 19 1998
JAMES W. McCORMACK, CLERK
BY _____ DEPUTY

Claude Edward Finley #101945
Jefferson County Correctional Facility
Pine Bluff AK 71603
(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

V. C.M.S. Health Care, Sue Gu.Rl, "Dr. Nick"  CASE NO. PB-C- 98-471 4
SouthWest Hospital, Mr. Williams Infirmary,
Major Lucky, Major Bell, Mrs. Lucky, Mrs. Mccafee, Ms. Wallace Warden
Sgt. Green, Sgt Clokid, Arkansas Dept. of Connection.
(Enter above the full name of defendant or defendants, in this action.)

This case assigned to District Judge _Moody_
and to Magistrate Judge _Forster_

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____   No __✓__

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this lawsuit

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

       2.  Court (if federal court, name the district; if state court, name the county: _____

           _____



3. Docket Number: _N/A_

4. Name of judge to whom case was assigned: _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _Just filed_

7. Approximate date of disposition: _Just filed_

II. Place of Present Confinement: _Jefferson County Correctional Facility_

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      Yes _✓_   No ____

   B. If your answer is YES, Attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

   C. If your answer is NO, explain why not: ____

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: _Claude Finley #101945_

      Address: _Jefferson County Correctional Facility Pine Bluff Ak, 71603_

      Name of plaintiff: ____

      Address: ____

      Name of plaintiff: ____

      Address: ____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: C.M.S. Health Care
Position: Correctional Medical Service
Place of employment: P.O. Box 240 Tucker Ark, 72168-0240
Address: St. Louis Missouri

Defendant: Sue Guirl
Position: Asst. Warden
Place of employment: Tucker Ark, Tucker Unit
Address: P.O. Box 240, Tucker, AR 72168-0240

Defendant: Dr. Nick
Position: Orthopedic Doctor
Place of employment: Southwest Hospital
Address: N/A

Defendant: Major Lucky
Position: Major
Place of employment: Tucker Unit
Address: P.O. Box 240, Tucker, AR 72168-0240

Defendant: Mr. Williams
Position: Head of the Infirmary
Place of employment: Tucker Unit
Address: P.O. Box 240, Tucker, AR, 72168-0240

-3-

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Attached Sheet

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Where fore, Plaintiff pray for Relief in this amended complaint.
1) That this court enter a declaration judgement which declares that the Acts or omissions of the defendants violated the Rights of Plaintiff to be free from Cru and unusal Punishment, Conspiracy act, Retaliation, guaranteed by the Eigh and Fourteeth Amendments and Fifth Amendment to Equal Protection clause of the Constitution of the United States. 2) That the Court Award Plaintiff compensatory and punitive damages. Against the defendant Jointly and Severalty in the amount of three hundreth and fifty Thousands Dollar

I declare under penalty of perjury (18 U.S.C. § 1621 that the foregoing is true and correct.

Executed on this 7 day of October, 1998.

Claude Finley #101945
Jefferson County Correctional
Facility Pine Bluff Ark, 71603
Signature(s) of plaintiff(s)

-4-

DEFENDANT. Major Bell
POSITION. Field Major
placeofemployment. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Unit Ark, 72168-0240

DEFENDANT. Mrs. Lucky
POSITION. Head of the classification Committe
CEOFEMPLOYMENT. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Ark, 72168-0240

DEFENDANT. Mrs. Macafee
POSITION. Captian of the kitchen
CEOFEMPLOYMENT. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Ark, 72168-0240

DEFENDANT. Sgt. Green
POSITION. officer at Tucker Unit Sgt
CEOFEMPLOYMENT. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Ark, 72168-0240

DEFENDANT. Sgt. Clorid
POSITION. Sgt
CEOFEMPLOYMENT. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Ark, 72168-0240

DEFENDANT. Ms. Wallace
POSITION. Warden
CEOFEMPLOYMENT. Tucker Unit
ADDRESS. P.O. Box 240, Tucker Ark, 72168-0240

DEFENDANT.
POSITION.
CEOFEMPLOYMENT.
ADDRESS.

DEFENDANT.
POSITION.
CEOFEMPLOYMENT.
ADDRESS.

DEFENDANT.
POSITION.
CEOFEMPLOYMENT.
ADDRESS.

DEFENDANT.
POSITION.
CEOFEMPLOYMENT.
ADDRESS.

DEFENDANT.
POSITION.
CEOFEMPLOYMENT.
ADDRESS.

Claude Finey #101945
10/7/98
①

In the month of 11/97, I entered the Diagnostic Unit in Pine Bluff Ark, which is the Arkansas Department of Correction. I was seen by the state doctor there, which the doctor classified me as Medical "M4". Because I entered with my right leg broken in "3" places, and I allso had a "Rod" placed inside my leg. From there I was Transfered to Jefferson County Jail Correctional Facility. I went before a classification committe at this unit, and I was Classified as Medical Unassigned because of my broken leg. After beening at J.C.J.CF, I was transfered to Tucker Unit in Tucker Ark to take a comput class. I went before a classification committe there and I was assigned to Voc-tex, and I was still "M4+" no Job. Could not work because of broken leg. In this Voc-tex class I would just be using my hands and head to work the computer, they the Committe said I could take the class because it wouldn't interfeare with my broken leg.

So after about a month in the Voc-tex class I decied I was not interested in the class any more so I dropped out. I went back in front of the Classification Committe, my medical primblem had not changed, my leg was still healing, I still had a "cast" on my leg and I was still on "crutches". While I were in this classification meeting, "Sue Guiel" the asst. Warden assigned me as Building Unit 1 y, and told me my job was to clean up the barrack in which I lived in, I explained to her that I had not been released by the doctor yet, and that my leg was not healed yet, and that I was not able to work yet. She told me that everybody at Tucker unit has a job and mines was to clean up the barracks. At this time I was

②

Standing in front of Mrs. Guirl on "Crutches" and with a "Cast" on my right leg. I then turn to Mr. William who at the time was repersenting the Infirmary, he had all my medical records in front of him. I ask him to explain my medical situation to the Committe, he never said a word. So I was given a order to leave the meeting because I he recieved my Job. About a month later Sgt. Green and Sgt. Clorid told me to get out of bed and help clean up the barracks or they would have to write me up and put me in the hole, So I was forced to work on my broken leg, as a resulte in me working on this broken leg. "My bone came apart" the "Rod" inside my leg broke in half. I was taken to have X Ray's at Southwest Hospital, and the X Ray's showed that my leg has Refractured it self and the "Rod" had broken in half. "DR. Nick" at Southwest Hospital said he was not going to operate on my leg because I had to much hard ware damage. So a month went by and I still had not had this operation that I nee badly. So I was sent to "DR. Tucker" at ARK Sports medin'c who had did the operation on my leg before I enter the A.D.C He explained to me and wrote in my medical Jacket, that I needed an operation on my leg to repair the damaged that had been done. He said he would have me back in a month to do the operation, well a month went by and I was not taken to have this operation. So after writing many Geiv ances I was finally taken to U.A.M.S Hospital, I was seen by a Surgeon who said he would do the operation. So a date was set for "6-27-98" this date was canceled, another date was set for 7-10-98 and this date was canceled, so another

(7)

Date was set for "7-17-98" and it was canceled, no one never told me why. So after writing more Grievance I was "ship" back to J.C.J.C.F, because Tucker did not want to handle my medical promblem. So after arriving at J.C.J.C.F a month had went by and I still had not been taken to the Hospital to have this operation. So after writing more Grievance I was sent to Dr. Tucker at Doctor's Hospital in L.R. Ark to have my operation On 8/24/1998 I was put to sleep to have my operation on my leg, after putting me asleep dr. Tucker could not do the operation because my broken bone had grew over my broken Rod, and a special machine had to be ordered in order to do the operation

So I return on 8/27/1998 and doctor tucker did my seca operation and now I am still in recovery At J.C.J.C.F.

Wherefore, Plaintiff pray for Relief in this amended Complaint. 1) that this court enter a declaration judgement which declares that the acts or omissions of the defendants violat the Rights of Plaintiff to be free from cruel and unusal Punishment, Conspiracy act, Retallation, guaranteed by the Eight and Fourteen Amendments, and Fifth Amendment to Equal Protection clause of the Constitution of the United States. 2) that the court award Plaintiff compensatory and punitive damages. Against the defendants jointly and severalty in the Amount of Three hundreth and fiffty thousand Dollars %. I declare under penalty of perjury (18 U.S.C. 1621 that the foregoing is true and Correct.

Executed on this 7 day of October 1998

Claude Finley #101945.

④

I Claude Finley would like to state the fact that I wrote my first Grievance on "5-14-98" Concerning my medical promblem. I did not receive any communication from the Infirmar, until "9-9-98" this was aften I had allready had my operation which was on 8-27-98.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Court's Case File*